AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

**Western** DISTRICT OF **Texas**

FILED
JAN 17 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Rebecca Williams

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-M-0259G

I, the undersigned complainant, being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 13, 2007** in **El Paso** county, in the **Western** District of **Texas**, defendant(s) did, knowingly and intentionally possess with the intent to distribute, approximately 121.65 pounds (gross weight) of marijuana a Schedule I Controlled Substance; and did knowingly and intentionally import into the United States from the Republic of Mexico, approximately 121.65 pounds (gross weight) of marijuana, a Schedule I Controlled Substance in violation of Title **21** United States Code, Section(s) **841(a)(1) and 952(a)**. I further state that I am an **Immigration and Customs Enforcement Special Agent** and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached and made a part hereof:  __X__ Yes  _____ No

Signature of Complainant
Yvonne M. Rivera, Special Agent

Sworn to before me and subscribed in my presence,

January 17, 2007                                          at     El Paso, Texas
Date                                                             City and State

Norbert J. Garney, U.S. Magistrate Judge                         _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer

# AFFIDAVIT

On January 13, 2007, Senior Special Agent (SSA) Jose Licon advised Special Agent (SA) Yvonne M. Rivera to go to the Bridge of the Americas Port of Entry regarding marijuana found inside a vehicle.

At approximately 1641 hours, Customs and Border Protection Officer (CBPO) S. Perez-Alva was conducting primary inspections when the Defendant, Rebecca WILLIAMS, approached her lane for inspection and admission into the United States. WILLIAMS, who was the sole occupant and driver of a 1991 maroon Eagle Premier, bearing Texas license plate, G42JLZ, gave a negative declaration. She did not possess any identification, claiming that it had been stolen the night before at a club, where she and her friend had been dancing in Cd. Juarez. WILLIAMS continued to tell CBPO Perez-Alva that her friend met a man at the club and they spent the night in a hotel in Juarez. WILLIAMS wanted to come home, but her friend did not. Her friend lent her the car and stated that she would pick it up later that day. CBPO Perez-Alva asked the DEFENDANT for the registration of the vehicle. WILLIAMS opened the glove box and found it empty. CBPO Perez-Alva noticed the vehicle was very clean and not personalized. CBPO Perez-Alva conducted a crossing history and discovered the vehicle had one prior crossing. CBPO Perez-Alva then referred the vehicle to secondary.

CBPO Davalos questioned WILLIAMS again and again a negative declaration was given. CBPO Davalos then asked WILLIAMS to open the trunk of the vehicle and unlock all the doors and the hood of the vehicle for a proper inspection. WILLIAMS then lit a cigarette and began exhibiting nervous behavior. CBPO Freeman assisted CBPO Davalos in the inspection of the vehicle. During the inspection of the vehicle CBPO Davalos noticed a slight tear on the rear bumper. He lifted the tear a little bit and noticed a brown taped bundle inside the rear bumper. CBPO Davalos advised CBPO Freeman. CBPO Freeman stated that he too had discovered a bundle inside the dashboard. CBPO Davalos asked CBPO Garnica to place WILLIAMS in restraints and escort her to the Head House. CBPO Davalos field-tested one bundle, which resulted positively for Marijuana, using test kit Duquenois-Levine Reagent #908. A total of 106 bundles weighing at 121.65 pounds were found inside the front and rear bumpers, rear seat passenger rear door and dashboard.

SSA Rivera and SSA Badger read WILLIAMS her Miranda rights, which she waived and stated that depending on the question she would answer. The DEFENDANT stated the vehicle belonged to her friend "Sonia" and she borrowed it because she wanted to come home now and "Sonia" did not. WILLIAMS asked why she was being detained and SSA Rivera informed her that 121 pounds of marijuana had been found in the vehicle she was driving. WILLIAMS denied any knowledge of the narcotics in the vehicle initially, then asked the weight again and became angry. She stated that "they" had told her she was going to have less than that. WILLIAMS then decided that she would rather continue speaking through the attorneys. WILLIAMS has a prior criminal record and was confined in Huntsville for three years. WILLIAMS wrote a statement regarding her decision for an attorney. The DEFENDANT was then arrested and transported to the El Paso County Detention Facility.

The case was approved and authorized by AUSA Mark Greenberg.