IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 07-M-0259 G |
| | ) | |
| REBECCA WILLIAMS | ) | |

## GOVERNMENT'S MOTION TO DETAIN DEFENDANT WITHOUT BOND AND MOTION FOR CONTINUANCE

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1. The Defendant is charged with a violation of the Controlled Substances Act which carries a term of imprisonment of over ten (10) years.

2. The Defendant was arrested with approximately 121.65 pounds of Marijuana.

3. The Defendant has a prior criminal history.

4. There are no conditions or combination of conditions which will reasonably assure the safety of the community should Defendant be released on bond.

5. There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three day continuance of the detention hearing from the date of the initial appearance.

January 16, 2007

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
MARK MAYER GREENBERG
Assistant U.S. Attorney
Texas Bar # 08387600
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

January 16, 2007